# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Desiree Knight, as legal guardian of A.G., | Case No. 25-cv-0417 (DSD/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Minneapolis Public Schools, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT:

1. The application to proceed *in forma pauperis* of plaintiff Desiree Knight [Dkt. No. 2] is GRANTED.

2. Knight must submit a properly completed Marshal Service Form (Form USM-285) for the defendant. If Knight does not complete and return the Marshal Service Form within 30 days of this order, it will be recommended that this matter be dismissed without prejudice for failure to prosecute. A Marshal Service Form will be provided to Knight by the Court.

3. After the return of the completed Marshal Service Forms, the U.S. Marshals Service is directed to effect service of process on defendant Minneapolis Public Schools consistent with Rule 4(j) of the Federal Rules of Civil Procedure.

1

Dated: February 5, 2025

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge